IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) No. _____ |
| | ) |
| v. | ) |
| | ) |
| JUDITH A. GILL, | ) |
| 928 Hook Road | ) |
| Westminster, MD 21157, | ) |
| | ) |
| CORINTHIA ELKINS, | ) |
| 111 Hamlet Hill Road. Unit 309 | ) |
| Baltimore, MD 21210, and | ) |
| | ) |
| STATE OF MARYLAND, | ) |
| 301 West Preston St., Room 410 | ) |
| Baltimore, MD 21201, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT FOR FEDERAL TAXES

PLAINTIFF, the United States of America, by and through its attorneys, complains against the defendants as follows:

1.  This is a civil action in which the United States seeks to reduce to judgment the assessments made against the defendant taxpayer, Judith A. Gill, for unpaid federal income taxes and statutory additions to tax. The United States also seeks to foreclose the corresponding federal tax liens against the property commonly known as 928 Hook Road, Westminster, Maryland ("Real Property"); to sell the Real Property; and to distribute the proceeds of the sale in accordance with the rights of the parties, with the amount attributable to Judith Gill to be paid to the United States in satisfaction of her unpaid federal tax liabilities.

1

9403706.1

## JURISDICTION & VENUE

2. This civil action is commenced at the request and with the authorization of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of Treasury, and at the direction of the Attorney General of the United States, pursuant to 26 U.S.C. §§ 7401 and 7403.

3. Jurisdiction over this action is conferred upon this court by virtue of 28 U.S.C. §§ 1331, 1340 and 1345, and 26 U.S.C. § 7402(a).

4. Venue is proper in this district and division under 28 U.S.C. § 1396.

## PARTIES

5. The plaintiff is the United States of America.

6. Defendant Judith A. Gill resides within this judicial district.

7. Defendant Corinthia Y. Elkins may claim an interest in the Real Property.

8. Defendant State of Maryland may claim an interest in the Real Property.

9. The Real Property is located in Carroll County, Maryland, which is within the jurisdiction of this Court.

## COUNT I
## REDUCE TAX ASSESSMENTS TO JUDGMENT

10. The United States incorporates paragraphs 1 through 9 of the complaint as if fully set forth herein.

9403706.1

11.     A delegate of the Secretary of the Treasury of the United States made assessments against Judith Gill for unpaid federal income taxes and statutory additions to the tax as follows:

| Tax Period | Date of Initial Assessments | Amount of Initial Tax Assessments |
| --- | --- | --- |
| 1996 | 6/12/2000 | $7,903 |
| 1997 | 5/29/2000 | $5,806 |
| 1998 | 6/26/2000 | $19,212 |
| 1999 | 5/21/2001 | $21,248 |
| 2000 | 6/4/2001 | $20,368 |
| 2005 | 2/26/2007 | $44,951 |
| 2007 | 2/8/2010 | $12,909 |
| 2008 | 2/8/2010 | $7,383 |
| 2009 | 5/30/2011 | $767 |
| 2010 | 5/30/2011 | $2,234 |

12.     Proper notices and demands for payment of the assessments described in paragraph 11, above, were made on Judith Gill in accordance with 26 U.S.C. § 6303.

13.     Interest, costs, and statutory additions have accrued on the assessments described in paragraph 11, above, since the dates of assessment, and will continue to accrue.

14.     Despite the notices and demands for payment of the assessments described in paragraph 11, above, Judith Gill has failed to pay the full amounts of those assessments that are due and owing, and, as of January 7, 2013, there will remain due and owing to the United States the sum of $301,767 together with the statutory additions to tax that will accrue after that date.

WHEREFORE, the plaintiff, United States of America, prays:

A.  That the Court render judgment in favor of the United States and against Defendant Judith Gill in the amount of $301,767 as of January 7, 2013, together with all interest and penalties that have accrued and will continue to accrue according to law relating to the federal income tax liabilities for the years 1996 to 2000 and 2005 to 2010.

## COUNT II
## FORECLOSE OF FEDERAL TAX LIENS

15. The United States incorporates paragraphs 1 through 14 of the complaint as if fully set forth herein.

16. Judith Gill acquired an interest in the Real Property by a deed filed on October 13, 1995 in the land records of the Circuit Court of Carroll County, Maryland. A copy of this deed, which includes a legal description of the property, is attached as Exhibit A.

17. Defendant Corinthia Elkins may claim an interest in the Real Property by virtue of a mortgage that was filed on October 13, 1995, at book 1733 and page 0770 in the land records of the Circuit Court of Carroll County, Maryland.

24. Defendant State of Maryland may claim an interest in the Real Property by virtue of state tax liens. These state tax liens include liens filed on June 26, 2004; November 6, 2007; and September 19, 2008 with the Circuit Court for Carroll County by the Maryland State Comptroller of Treasury.

25. By reason of the assessments described in paragraph 11, above, federal tax liens arose pursuant to 26 U.S.C. §§ 6321 and 6322, and these tax liens attached to all property and rights to property then owned or thereafter acquired by Judith Gill, including the Real Property.

26. Notices of federal tax liens reflecting the federal tax liabilities described in paragraph 11, above, were filed against Judith Gill with the Circuit Court for Carroll County, Maryland, as follows:

(a) for tax years 1996, 1997, and 1998 on August 31, 2010;

(b) for tax years 1999 and 2000 on December 11, 2006, which were refiled on August 29, 2011;

(c) for tax year 2005 on June 11, 2007;

9403706.1

    (d)    for tax years 2007 and 2008 on March 12, 2010; and

    (e)    for tax years 2009 and 2010 on July 22, 2011.

WHEREFORE, the Plaintiff, the United States of America, prays:

    B.  That the Court order, adjudge, and decree that the United States of America has valid and subsisting federal tax liens that encumber all property and rights to property of Defendant Judith Gill, including her interest in the Real Property;

    C.  That the Court determine priority to be accorded the respective interests of Plaintiff, the United States of America, and Defendants Judith Gill, Corinthia Elkins, and the State of Maryland in the Real Property;

    D.  That the Court order, adjudge, and decree that the federal tax lien attaching to the interest of Defendant Judith Gill in the Real Property be foreclosed; that the Real Property be sold, according to law, free and clear of any right, title, lien, claim, or interest of any of the defendants herein; and that the proceeds of the sale be distributed in accordance with the rights of the parties as determined herein, with the amounts attributable to Judith Gill's interest to be

paid to the United States to be applied to reduce the outstanding balance of her federal income tax liabilities.

 E. That the Court grant the United States any other relief it deems just and proper.

Date: December 28, 2012

          ROD J. ROSENSTEIN
          United States Attorney

          KATHRYN KENEALLY
          Assistant Attorney General
          Tax Division

          */s/ Ari D. Kunofsky*_____
          ARI D. KUNOFSKY
          Trial Attorney, Tax Division
          U.S. Department of Justice
          Post Office Box 227
          Washington, D.C. 20044
          Telephone: (202) 353-9187
          Facsimile: (202) 514-6866
          Email: Ari.D.Kunofsky@usdoj.gov

          *Counsel for the United States*